COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-06-257-CV

 

IN
RE CHIEF OIL & GAS, LLC                                                    RELATOR

 

 

                                               ----------

                                    ORIGINAL
PROCEEDING

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered relator=s AMotion
To Dismiss Petition For Writ Of Mandamus.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss relator=s
petition for writ of mandamus.

Costs of the original proceeding shall be paid by
the party incurring the same, for which let execution issue. 

PER CURIAM

PANEL D:  LIVINGSTON, DAUPHINOT, and WALKER, JJ. 

 

DELIVERED:  October 5, 2006 











[1]See Tex. R. App. P. 47.4.